1  PAUL T. TRIMMER, ESQ.
   Nevada Bar No. 9291
2  LYNNE K. MCCHRYSTAL, ESQ.
   Nevada Bar No. 14739
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email: paul.trimmer@jacksonlewis.com
7  Email: lynne.mcchrystal@jacksonlewis.com

8  *Attorneys for Defendant*
   *MGM Grand Hotel, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TRACEY KOONCE, an individual, | Case No. 2:22-cv-02061-JCM-DJA |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR LEAVE TO WITHDRAW ATTORNEY KYLE J. HOYT FROM CASE** |
| MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive, | |
| Defendants. | |

Defendant, by and through its counsel Jackson Lewis P.C., hereby requests leave of the Court to remove attorney Kyle J. Hoyt as counsel of record from the above captioned case and the Court's docket. Defendant will continue to be represented by its attorneys of record, Paul T. Trimmer and Lynne K. McChrystal of Jackson Lewis, P.C.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Hoyt's withdrawal will not cause any delay in the action.

DATED this 16th day of March, 2023.

        JACKSON LEWIS P.C.

        */s/ Lynne K. McChrystal*
        PAUL T. TRIMMER, ESQ.
        Nevada Bar No. 9291
        LYNNE K. MCCHRYSTAL, ESQ.
        Nevada Bar No. 14739
        300 S. Fourth Street, Suite 900
        Las Vegas, Nevada 89101

        *Attorneys for Defendant*
        *MGM Grand Hotel, LLC*

**IT IS SO ORDERED**.

DATED: March 17, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 16th day of March, 2023, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **MOTION FOR LEAVE TO WITHDRAW ATTORNEY KYLE J. HOYT FROM CASE** properly addressed to the following:

JENNINGS & FULTON, LTD.
ADAM R. FULTON, ESQ.
LOGAN G. WILLSON, ESQ.
2580 Sorrel Street
Las Vegas, Nevada 89146

*Attorneys for Plaintiff*

*/s/ Wende Hughey*
Employee of Jackson Lewis P.C.