ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY KOONCE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-02061-CDS-DJA<br>(Lead Case) |
| PAUL TAYLOR, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02069-CDS-DJA |

-1-

|  |  |
|---|---|
| DAVID PERSI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02087-CDS-DJA |
| INGA HAKAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02097-CDS-DJA |

**STIPULATION AND ORDER TO EXTEND CONSOLIDATED COMPLAINT AND REVISED DISCOVERY PLAN AND SCHEDULING ORDER DEADLINE**

Plaintiffs, by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants, by and through their attorneys of record, PAUL T. TRIMMER, ESQ. and LYNNE K. McCHRYSTAL, ESQ., of the law firm of JACKSON LEWIS P.C., stipulate to extend the deadlines outlined in the July 24, 2023 Minute Order [ECF No. 33] for Plaintiffs to file their consolidated complaint and for

/ / /

/ / /

/ / /

JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, NV 89146
702.979.3565

the parties to file their revised discovery plan and scheduling order until Friday August 25, 2023.

DATED: August 21st, 2023

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

DATED: August 21st, 2023

**JACKSON LEWIS P.C.**

*/s/ Paul R. Trimmer, Esq.*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 S. 4th Street, Ste. 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __August 22, 2023_____

**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
702.979.3565

-3-