1  PAUL T. TRIMMER, ESQ.
   Nevada Bar No. 9291
2  LYNNE K. MCCHRYSTAL, ESQ.
   Nevada Bar No. 14739
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  Facsimile: (702) 921-2461
   Email: paul.trimmer@jacksonlewis.com
6   Email: lynne.mcchrystal@jacksonlewis.com
7
8   *Attorneys for Defendants*
    *MGM Grand Hotel, LLC and*
9   *MGM Resorts International*

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  TRACEY KOONCE, an individual,              Case No.: 2:22-cv-02061-CDS-DJA
                                               (Lead Case)
13              Plaintiff,

14       vs.
                                               **STIPULATION AND ORDER TO**
15  MGM GRAND HOTEL, LLC, a Nevada             **EXTEND TIME TO RESPOND TO**
    Limited Liability Company; DOES I-X,       **PLAINTIFFS' CONSOLIDATED**
16  inclusive; and ROE CORPORATIONS I-X,       **COMPLAINT**
    inclusive,                                      (First Request)
17
18              Defendants.

19  PAUL TAYLOR, an individual,                Consolidated With:
                                               Case No.: 2:22-cv-02069-CDS-DJA
20              Plaintiff,

21       vs.

22  MGM GRAND HOTEL, LLC, a Nevada
    Limited Liability Company; DOES I-X,
23  inclusive; and ROE CORPORATIONS I-X,
    inclusive,
24
25              Defendants.

26

27

28

| | |
|---|---|
| DAVID PERSI, an individual, | Consolidated With: |
| Plaintiff, | Case No.: 2:22-cv-02087-CDS-DJA |
| vs. | |
| MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |
| INGA HAKAN, an individual, | Consolidated With: |
| Plaintiff, | Case No.: 2:22-cv-02087-CDS-DJA |
| vs. | |
| MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, that Defendants MGM Grand Hotel, LLC and MGM Resorts International ("Defendants"), shall have an extension up to and including September 15, 2023, in which to file their response to Plaintiffs' Consolidated Complaint. This Stipulation is submitted and based upon the following:

1.      That this is the first request for an extension of time for Defendants to answer Plaintiffs' Consolidated Complaint.

2.      Due to the length of Plaintiffs' Consolidated Complaint (41 pages, 398 paragraphs), and the inclusion of a new cause of action relating to at least one of the Plaintiffs, Defendants require additional time to complete their response.

3.      The parties agreed to extend Defendants' deadline to file a responsive pleading from September 8, 2023, to September 15, 2023.

4.      Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

///

///

5.      That this request is made in good faith and not for the purpose of delay

Dated this 8th day of September, 2023.

**JENNINGS & FULTON, LTD.**                    **JACKSON LEWIS P.C.**

_/s/ Logan G. Willson, Esq._                       _/s/ Lynne K. McChrystal_
ADAM R. FULTON, ESQ.                           PAUL T. TRIMMER, ESQ.
Nevada Bar No. 11572                             Nevada Bar No. 9291
LOGAN G. WILLSON, ESQ.                       LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14967                             Nevada Bar No. 14739
2580 Sorrel Street                                 300 S. 4th Street, Ste. 900
Las Vegas, Nevada 89146                         Las Vegas, Nevada 89101
_Attorneys for Plaintiffs_                          _Attorneys for Defendants_

**ORDER**

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: _9/8/2023_____