ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY KOONCE, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendant. | Case No.: 2:22-cv-02061-CDS-DJA<br>(Lead Case) |
| PAUL TAYLOR, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02069-CDS-DJA |
| DAVID PERSI, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02087-CDS-DJA |

-1-

| | |
|---|---|
| INGA HAKAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02097-CDS-DJA |

**STIPULATION AND ORDER TO VACATE**
**SEPTEMBER 18, 2023 EARLY NEUTRAL EVALUATION**

Plaintiff PAUL TAYLOR, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant MGM GRAND HOTEL, LLC, by and through its attorneys of record, PAUL T. TRIMMER, ESQ. and LYNNE K. MCCHRYSTAL, ESQ., of the law firm of JACKSON LEWIS P.C., stipulate to vacate the Early Neutral Evaluation ("ENE") currently scheduled for September 18, 2023.

Since the rescheduling of the ENE, the parties have conducted three (3) prior ENE's in the related cases *Hakan v. MGM Resorts International*, *Persi v. MGM Grand Hotel, LLC*, and *Koonce v. MGM Grand Hotel, LLC*, and all pending matters were consolidated by the Court. In the course of participating in the ENE's in the related cases, the parties have had extensive discussions regarding the claims and defenses which are common to all cases. The parties have also recently engaged in settlement discussions in *Taylor v. MGM Grand Hotel, LLC*. The parties were unable to reach a settlement of Mr. Taylor's claims and request the Court vacate the ENE in *Taylor v. MGM Grand Hotel, LLC* because the parties have currently exhausted settlement efforts at this phase of

. . .

. . .

. . .

-2-

the case and do not believe that further settlement negotiations will be effective so soon after the recent, unsuccessful attempts to reach an agreement.

| | |
|---|---|
| DATED: August 14th, 2023 | DATED: August 14th, 2023 |
| **JENNINGS & FULTON, LTD.** | **JACKSON LEWIS P.C.** |
| */s/ Logan G. Willson, Esq.* | */s/ Lynne K. McChrystal, Esq.* |
| ADAM R. FULTON, ESQ. | PAUL T. TRIMMER, ESQ. |
| Nevada Bar No. 11572 | Nevada Bar No. 9291 |
| LOGAN G. WILLSON, ESQ. | LYNNE K. MCCHRYSTAL, ESQ. |
| Nevada Bar No. 14967 | Nevada Bar No. 14739 |
| 2580 Sorrel Street | 300 S. 4th Street, Ste. 900 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### **ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: 9-14-2023