ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY KOONCE, an individual,<br><br>Plaintiff<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No.: 2:22-cv-02061-CDS-DJA<br>(Lead Case)<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |
| PAUL TAYLOR, an individual,<br><br>Plaintiff<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Consolidated With:<br>Case No.: 2:22-cv-02069-CDS-DJA |
| DAVID PERSI, an individual,<br><br>Plaintiff<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Consolidated With:<br>Case No.: 2:22-cv-02087-CDS-DJA |

-1-

| | |
|---|---|
| INGA HAKAN, an individual,<br><br>    Plaintiff<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants | Consolidated With:<br>Case No.: 2:22-cv-02097-CDS-DJA |

## **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**

Plaintiffs, by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants, by and through their attorneys of record, PAUL T. TRIMMER, ESQ. and LYNNE K. MCCHRYSTAL, ESQ., of the law firm of JACKSON LEWIS P.C., stipulate to extend the briefing deadlines on Defendant MGM Resorts International's Motion to Dismiss Consolidated Complaint and Motion to Compel Arbitration as to Plaintiff Inga Hakan's Claims; and Defendant MGM Grand Hotel, LLC's Motion to Dismiss Consolidated Complaint [ECF No. 47 and 48] ("Motion").

Plaintiffs' counsel informed Defendants' counsel of conflicting briefing deadlines in other matters and requested to extend the briefing deadline. The parties stipulated for Plaintiffs' Opposition deadline to be extended until October 6, 2023. The parties further stipulate for

/ / /

/ / /

/ / /

-2-

Defendants' Reply deadline to be extended until October 20, 2023.

DATED: September 28th, 2023

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

DATED: September 28th, 2023

**JACKSON LEWIS P.C.**

*/s/ Lynne K. McChrystal, Esq.*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 S. 4th Street, Ste. 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: __September 29, 2023_____