1  ADAM R. FULTON, ESQ.
2  Nevada Bar No. 11572
   E-mail: afulton@jfnvlaw.com
3  LOGAN G. WILLSON, ESQ.
   Nevada Bar No. 14967
4  E-mail: logan@jfnvlaw.com
5  **JENNINGS & FULTON, LTD.**
   2580 Sorrel Street
6  Las Vegas, NV 89146
   Telephone: (702) 979-3565
7  *Attorneys for Plaintiffs*

8              **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
9

10 TRACEY KOONCE, an individual,           Case No.: 2:22-cv-02061-CDS-DJA
                                           (Lead Case)
           Plaintiff,
11
   vs.                                     **[PROStED] SECOND REVISED JOINT**
12                                         **DISCOVERY PLAN AND**
   MGM  GRAND  HOTEL,  LLC,  a  Nevada     **SCHEDULING ORDER SPECIAL**
13 Limited  Liability  Company;  DOES  I-X, **SCHEDULING REVIEW REQUESTED**
   inclusive; and ROE CORPORATIONS I-X,
14 inclusive,

15         Defendants.

16 PAUL TAYLOR, an individual,             Consolidated With:
                                           Case No.: 2:22-cv-02069-CDS-DJA
           Plaintiff,
17
   vs.
18
   MGM  GRAND  HOTEL,  LLC,  a  Nevada
19 Limited  Liability  Company;  DOES  I-X,
   inclusive;  and  ROE  CORPORATIONS  I-X,
20 inclusive,

21         Defendants.

22 DAVID PERSI, an individual,             Consolidated With:
                                           Case No.: 2:22-cv-02087-CDS-DJA
23          Plaintiff,

24 vs.

25 MGM  GRAND  HOTEL,  LLC,  a  Nevada
   Limited  Liability  Company;  DOES  I-X,
26 inclusive; and ROE CORPORATIONS I-X,
   inclusive,

27         Defendants.

28

-1-



| | |
|---|---|
| LYNN SISSON, an individual, | Consolidated With: |
|       Plaintiff, | Case No.: 2:23-cv-02045-GMN-DJA |
| vs. | |
| MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
|       Defendants. | |
| CHRISTINA NISHANIAN, an individual, | Consolidated With: |
|       Plaintiff, | Case No.: 2:24-cv-01248-GMN-DJA |
| vs. | |
| MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
|       Defendants. | |
| KIMBERLY GWIZDALA, an individual, | Consolidated With: |
|       Plaintiff, | Case No.: 2:24-cv-01244-GMN-DJA |
| vs. | |
| NEW YORK-NEW YORK HOTEL & CASINO, LLC, a Nevada limited liability company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
|       Defendants. | |

**[PROPOSED] SECOND REVISED JOINT DISCOVERY PLAN AND SCHEDULING ORDER SPECIAL SCHEDULING REVIEW REQUESTED**

Plaintiffs, by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants, by and through their attorneys of record, PAUL T. TRIMMER, ESQ., of the law firm of JACKSON LEWIS P.C., hereby submit this [Proposed] Second Revised Joint Discovery Plan and Scheduling Order pursuant to LR 26-1:

**Special Scheduling Requested**

Special scheduling is requested to commence the discovery period from the date on which the supplemental scheduling conference pursuant to Fed. R. Civ. P. 26(f) was held, February 21,

JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, NV 89146
702.979.3565

2025, after all pending matters were consolidated, rather than the date on which counsel for Defendants appeared in the recently consolidated matters: *Lynn Sisson v. MGM Resorts International* (Case No. 2:23-cv-02045-GMN-EJY), *Kimberly Gwizdala v. New York-New York Hotel & Casino, LLC* (Case No. 2:24-cv-01244-GMN-DJA), and *Christina Nishanian v. MGM Resorts International* (Case No. 2:24-cv-01248-GMN-MDC).

If the discovery period were to commence on the date Defendants first appeared or filed its responsive pleading in each respective matter, the parties would have limited remaining time to conduct discovery in this case. Thus, the parties request the discovery period commence on the date of the supplemental scheduling conference pursuant to Fed. R. Civ. P. 26(f) and end on Friday November 21, 2025.

### Stipulated Discovery Plan

**Initial Disclosures:** After consolidation, an FRCP 26(f) conference was held on **February 21, 2025.** The parties have served their initial disclosures to be made pursuant to Fed. R. Civ. P. 26(a)(1) and will continue to supplement. At this time, the parties do not believe that any changes are necessary as to the timing, form, or requirement of disclosures under Rule 26(a).

**Discovery Cut-Off Date(s):** Discovery will take nine (9) months, measured from **February 21, 2025**, to be completed by **November 21, 2025**.

**Amending the Pleadings and Adding Parties:** The last day to file motions to amend pleadings or to add parties is **Friday August 22, 2025**, which is not later than ninety (90) days prior to the close of discovery.

**Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The disclosure of experts and expert reports shall occur by **Monday September 22, 2025**, which is not later than sixty (60) days before the discovery deadline. Disclosure of rebuttal experts and their reports shall occur by **Wednesday October 22, 2025**.

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
702.979.3565

**Dispositive Motions:** Dispositive motions may be filed no later than **Friday December 19, 2025,** which is 28 days after the discovery deadline. In the event that the discovery period is extended from the discovery cut-off date set forth in this Second Revised Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cut-off date.

**Pretrial Order:** The pretrial order shall be filed by **Tuesday January 20, 2026**, which is not later than thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Second Revised Joint Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time period set forth in this paragraph.

**Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

**Scope of Discovery**: Discovery may be taken on Plaintiffs' causes of action alleged against Defendants and Defendants' defenses to the extent permitted by the Federal Rules of Civil Procedure and local rules.

**Discovery Limitations**: The parties have not identified a need for discovery to be conducted in phases or limited or focused on particular issues. The parties have not identified any changes that should be made in the limitations on discovery imposed under the Federal Rules of

Civil Procedure or local rules, however, Plaintiffs may seek leave to take more than 10 depositions given that six (6) matters have been consolidated.

**Electronic Filing:** The attorneys of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with the Court.

**Electronic Information:** The parties do not at this time anticipate any issues about disclosures, discovery, or preservation of electronically stored information, if any, including the form or forms in which it should be produced. The parties shall meet and confer and otherwise work in good faith with respect to the production of electronically stored information should any dispute arise.

**Privileged or Protected Documents:** The parties do not know of any issues regarding claims of privilege or protection that need to be specifically addressed at this time. However, the parties plan to submit a joint protective order to maintain the confidentiality of certain documents.

**Settlement:** In compliance with LR 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, but no agreement has been reached. The parties will continue to evaluate opportunities for alternative dispute resolution.

**Consent to Magistrate:** In compliance with LR 26-1(b)(8), the parties have considered consenting to the assigned Magistrate Judge, as well as the Short Trial Program, but do not consent to trial by the magistrate judge or to the use of the Court's Short Trial Program.

/ / /

/ / /

/ / /

-5-

1    **Electronic Evidence**: In compliance with LR 26-1(b)(9), the parties certify that they have

2    discussed presenting evidence in an electronic format to jurors for the purposes of jury

3    deliberations. They have not reached any stipulations at this time.

4

5    DATED: February 21, 2025                    DATED: February 21, 2025

6    **JENNINGS & FULTON, LTD.**                 **JACKSON LEWIS P.C.**

7
     */s/ Adam R. Fulton, Esq.*                  */s/ Paul T. Trimmer, Esq.*
8    ADAM R. FULTON, ESQ.                        PAUL T. TRIMMER, ESQ.
     Nevada Bar No. 11572                        Nevada Bar No. 9291
9    LOGAN G. WILLSON, ESQ.                      300 S. 4th Street, Ste. 900
     Nevada Bar No. 14967                        Las Vegas, Nevada 89101
10   2580 Sorrel Street                          *Attorneys for Defendants*
     Las Vegas, Nevada 89146
11   *Attorneys for Plaintiffs*

12

13

14                                   **ORDER**

15           IT IS SO ORDERED:

16

17   _____

18   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE
19

20   DATED: 2/24/2025

21

22

23

24

25

26

27

28

JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, NV 89146
702.979.3565