1
2
3
4
5

6                          **UNITED STATES DISTRICT COURT**
                                **DISTRICT OF NEVADA**
7

8                                                    Case #2:22-cv-02061-CDS-DJA

9     TRACEY KOONCE, an individual,              )
                                                 )
                                                 )   **VERIFIED PETITION FOR**
10              Plaintiff(s),                     )   **PERMISSION TO PRACTICE**
                                                 )   **IN THIS CASE ONLY BY**
11          vs.                                   )   **ATTORNEY NOT ADMITTED**
      MGM GRAND HOTEL, LLC, a Nevada              )   **TO THE BAR OF THIS COURT**
12    Limited Liability Company; DOES I-X,        )   **AND DESIGNATION OF**
      inclusive; and ROE CORPORATIONS I-X,        )   **LOCAL COUNSEL**
13    inclusive; and ROE CORPORATIONS I-X,        )
                Defendant(s).                     )
14    _____         )   FILING FEE IS $250.00

15

16          Jonathan R. Marko, Esq.            , Petitioner, respectfully represents to the Court:
                 (name of petitioner)
17
            1.    That Petitioner is an attorney at law and a member of the law firm of
18
                                    Marko Law, P.C.
19    _____
                                     (firm name)
20    with offices at                220 W. Congress, 4th Floor                    ,
                                         (street address)
21
             Detroit                ,        Michigan            ,      48226       ,
22           (city)                            (state)               (zip code)

23        (313) 777-7529            ,      Jon@markolaw.com              .
      (area code + telephone number)          (Email address)
24
            2.    That Petitioner has been retained personally or as a member of the law firm by
25
      each Plaintiff in the consolidated matter       to provide legal representation in connection with
26                   [client(s)]

27    the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

3.    That since _____November 21, 2008_____, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of _____Michigan_____
                                                                                    (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | October 5, 2020 | |
| U.S. District Court, Eastern District of Michigan | January 27, 2011 | |
| U.S. District Court, Western District of Michigan | August 24, 2011 | |
| U.S. District Court, District of Columbia | June 1, 2015 | MI0074 |
| U.S. Court of Appeals for the Sixth Circuit | September 14, 2017 | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  STATE OF __Michigan__ )
                                                    _____
5                                                            Petitioner's signature
   COUNTY OF __Macomb__ )

6

7    __Jonathan R. Marko, Esq.__, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9
                                                    _____
10  Subscribed and sworn to before me this              Petitioner's signature

11
   __18__ day of __3_____, __2025__.
12
                                                    ┌─────────────────────────────────┐
13                                                  │        JENNIFER AMSDEN           │
   _____                 │ Notary Public, State of Michigan │
14          Notary Public or Clerk of Court         │        County of Macomb          │
                                                    │ My Commission Expires Apr. 13, 2028│
15                                                  │ Acting in the County of __Macomb__│
                                                    └─────────────────────────────────┘
16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
   believes it to be in the best interests of the client(s) to designate    __Adam R. Fulton, Esq.__,
19                                                                            (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23  _____Jennings & Fulton, Ltd., 2580 Sorrel Street_____,
                                          (street address)
24
   _____Las Vegas_____, _____Nevada_____, ____89146____,
25              (city)                      (state)                  (zip code)

26  ____(702) 979-3565____, ____afulton@jfnvlaw.com____.
      (area code + telephone number)          (Email address)
27

28                                      4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Adam R . Fulton Esq . _____ as
                                          (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Jonathan R. Marko_
(party's signature)

Jonathan Marko, Esq.
(type or print party name, title)

_T. Koonce_
JD.4qq4.BpEM4cpl xPTl vmzGsrkS
(party's signature)

**Tracey Koonce**
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11572                    afulton@jfnvlaw.com
Bar number               Email address

APPROVED:

_____ May _____ , 20 25 .

Dated: this _23_ day of

_____
_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Adam R. Fulton, Esq. _____ as

8    his/her/their Designated Resident Nevada Counsel in this case.
                                                              (name of local counsel)

9

10                              *Jonathan R. Marko*
                                (party's signature)

11
                                Jonathan Marko, Esq.
12                              (type or print party name, title)

                                *PRTaylor*
13                              ID KY4S1Cd4DNa7gzSZzcMwNbcV
                                (party's signature)

14

15                              Paul Taylor
                                (type or print party name, title)

16

17                          **CONSENT OF DESIGNEE**
           The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20                              Designated Resident Nevada Counsel's signature

21                              11572                      afulton@jfnvlaw.com
                                Bar number                 Email address
22

23

24   APPROVED:

25   Dated: this _____ day of _____, 20___.

26   _____

27   UNITED STATES DISTRICT JUDGE

28                                      5
                                                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Adam R. Fulton, Esq. _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Jonathan R. Marko_
(party's signature)

Jonathan Marko, Esq.
(type or print party name, title)

ID 94KtNU9KwSShCiW7QAEmwks1
(party's signature)

**CHRISTINA NISHANIAN**
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11572                          afulton@jfnvlaw.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7         The undersigned party(ies) appoint(s) _____ Adam R. Fulton, Esq. _____ as

8    his/her/their Designated Resident Nevada Counsel in this case.
                                            (name of local counsel)

9

10                           *Jonathan R. Marko*
                             (party's signature)

11
                             Jonathan Marko, Esq.
12                           (type or print party name, title)
                             *David P Persi*
13                           ID SVkWyQEGDURv7Vh1MvFU8VQe
                             (party's signature)

14

15                              David P Persi
                             (type or print party name, title)

16

17                           **CONSENT OF DESIGNEE**
         The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20                           Designated Resident Nevada Counsel's signature

21       11572                         afulton@jfnvlaw.com
         Bar number                    Email address
22

23

24   APPROVED:

25   Dated: this _____ day of _____, 20___.

26   _____

27   UNITED STATES DISTRICT JUDGE

28                                   5                           Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5             **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7      The undersigned party(ies) appoint(s) _____ Adam R. Fulton, Esq. _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.                    (name of local counsel)

9

10                        *Jonathan R. Marko*
                          (party's signature)

11
                          Jonathan Marko, Esq.
12                        (type or print party name, title)
                          *Kimberly Gwizdala*
13                        ID H6qRYShdfeUX5VmCThyzcBQk
                          (party's signature)

14

15                        Kimberly Gwizdala
                          (type or print party name, title)
16

17                        **CONSENT OF DESIGNEE**
            The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20                        Designated Resident Nevada Counsel's signature

21      11572                          afulton@jfnvlaw.com
                        Bar number                    Email address
22

23
APPROVED:
24
Dated: this _____ day of _____, 20___.
25

26
_____
27  UNITED STATES DISTRICT JUDGE

28                                 5                              Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Adam R. Fulton, Esq. _____ as

8   his/her/their Designated Resident Nevada Counsel in this case.               (name of local counsel)

9

10                             *Jonathan R. Marko*
                               (party's signature)

11
                               Jonathan Marko, Esq.
12                             (type or print party name, title)
                               *Lynn Sisson*
13                             ID UZiCkFfbTKCZbWUyubLmPt2K
                               (party's signature)

14

15                             _____

16                             (type or print party name, title)

17                             **CONSENT OF DESIGNEE**
           The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19                             _____

20                             Designated Resident Nevada Counsel's signature

21        11572                        afulton@jfnvlaw.com
                               _____
22        Bar number                   Email address

23
     APPROVED:
24
     Dated: this _____ day of _____, 20___.
25

26   _____

27   UNITED STATES DISTRICT JUDGE

28                                      5                              Rev. 5/16



# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Jonathan Robert Marko, P72450 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

Jonathan Robert Marko was admitted to practice in Michigan on November 21, 2008 by the Michigan Supreme Court and became a member of the State Bar of Michigan on December 22, 2008.

Peter W. Cunningham, Executive Director
March 04, 2025