ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY KOONCE, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>     Defendants. | Case No.: 2:22-cv-02061-CDS-DJA<br>(Lead Case)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY DEADLINES**<br>**[FIRST REQUEST]** |
| PAUL TAYLOR, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>     Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02069-CDS-DJA |
| DAVID PERSI, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>     Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02087-CDS-DJA |



| | |
|---|---|
| LYNN SISSON, an individual, | Consolidated With: |
| Plaintiff, | Case No.: 2:23-cv-02045-GMN-DJA |
| vs. | |
| MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| CHRISTINA NISHANIAN, an individual, | Consolidated With: |
| Plaintiff, | Case No.: 2:24-cv-01248-GMN-DJA |
| vs. | |
| MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| KIMBERLY GWIZDALA, an individual, | Consolidated With: |
| Plaintiff, | Case No.: 2:24-cv-01244-GMN-DJA |
| vs. | |
| NEW YORK-NEW YORK HOTEL & CASINO, LLC, a Nevada limited liability company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiffs, by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants, by and through their attorneys of record, PAUL T. TRIMMER, ESQ., of the law firm of JACKSON LEWIS P.C., hereby stipulate to extend the deadlines in the current scheduling order and discovery plan in this matter for a period of 90 days for the reasons explained herein.

Pursuant to Local Rule IA 6-1, the parties hereby aver that this is the first such extension requested in this matter since the consolidation of these matters. The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures. The parties have met and conferred regarding logistics to serve written discovery as this matter involves six (6)

Plaintiffs and four (4) entity Defendants to avoid duplicative discovery. The parties have also discussed logistics to efficiently conduct depositions.

**DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

1) Additional written discovery;

2) Depositions of Plaintiffs and Defendants' FRCP 30(b)(6) witness(es) and relevant persons whose identities may be revealed through discovery;

3) Serving subpoenas;

4) Retaining and disclosing initial and rebuttal experts and completing expert depositions;

5) Inspection of the subject premises (if necessary); and

6) Any discovery contemplated under the Federal Rules of Civil Procedure.

The parties aver, pursuant to Local Rule IA 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate given the number of parties, witnesses, and FRCP 30(b)(6) designees. Further, the parties further wish to investigate this case and potentially reach a resolution prior to incurring fees and costs for extensive further discovery and experts.

**[PROPOSED] NEW DISCOVERY DEADLINES**

| | |
|---|---|
| Discovery Cut-Off Date: | February 19, 2026 |
| Amending Pleadings and Adding Parties: | November 20, 2025 |
| Expert Disclosure Deadline: | December 22, 2025 |
| Rebuttal Expert Disclosure Deadline: | January 20, 2026 |
| Dispositive Motion Deadline: | March 19, 2026 |
| Proposed Joint Pre-Trial Order: | April 20, 2026 |

If this extension is granted, all anticipated additional discovery should be concluded within

the stipulated extended deadline. The parties aver that this request for the extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED: August 28th, 2025

**JENNINGS & FULTON, LTD.**

*/s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

DATED: August 28th, 2025

**JACKSON LEWIS P.C.**

*/s/ Paul T. Trimmer, Esq.*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
300 S. 4th Street, Ste. 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

### ORDER

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/29/2025