1  PAUL T. TRIMMER, ESQ.
   Nevada Bar No. 9291
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, NV 89101
4  Telephone: (702) 921-2460
   Email: paul.trimmer@jacksonlewis.com
5
   *Attorneys for Defendants*
6  *MGM Grand Hotel, LLC*
   *MGM Resorts International,*
7  *New York-New York Hotel, & Casino, LLC*
8
           **UNITED STATES DISTRICT COURT**
9                **DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY KOONCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02061-CDS-DJA<br>(Lead Case)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| PAUL TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02069-CDS-DJA |

| | |
|---|---|
| DAVID PERSI, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Consolidated With:<br>Case No.: 2:22-cv-02087-CDS-DJA |
| LYNN SISSON, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br>Defendants. | Consolidated With:<br>Case No.: 2:23-cv-02045-GMN-DJA |
| CHRISTINA NISHANIAN, an individual,<br><br>        Plaintiff,<br>   vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Consolidated With:<br>Case No.: 2:24-cv-01248-GMN-DJA |
| KIMBERLY GWIZDALA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW YORK-NEW YORK HOTEL & CASINO, LLC, a Nevada limited liability company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Consolidated With:<br>Case No.: 2:24-cv-01244-GMN-DJA |

**STIPULATION AND ORDER TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Defendants, by and through their attorneys of record, PAUL T. TRIMMER. the law firm of Jackson Lewis P.C., NOAH S. HURWITZ , the law firm of Hurwitz Law PLLC. and the law firm of JENNINGS & FULTON, LTD., hereby stipulate to extend the deadlines in the current scheduling order and discovery plan in this matter for a period of 180 days for the reasons explained herein.

**REASON SPECIAL SCHEDULING REQUESTED**

Together with the approaching holidays, the parties request this stipulation and extension because the Defendants' counsel has a jury trial scheduled for early January, which could span as long as three weeks. The parties have also agreed to participate in mediation before Judge Peggy Leen between the months of February and March, in an effort to reach a settlement.

In addition, there is good cause for extending the expert witness deadline after its expiration on December 22, 2025, and the parties respectfully request that the Court exercise its discretion to excuse their neglect in failing to extend the deadline prior to its expiration. The parties agreed to request that the court modify the scheduling order on December 9, 2025 after a scheduling conference in one of the cases that was consolidated with this matter but which has since been moved to JAMS arbitration before Judge Wall (ret.). As noted below, Plaintiffs' trial counsel appeared in the case in the fall, and Defense counsel was occupied with both the special legislative session below and pre-trial proceedings for the matter in the Eight Judicial District which was scheduled for trial on January 12, 2026, but has now been rescheduled for February 2, 2026 with an additional evidentiary hearing on February 5, 2026. Preparations for those matters, combined with holiday preparations, resulted in failing to file the proposed amended scheduling order by December 22, ~~2026.~~ 2025. For that reason, and so that these matters can move forward, the parties request that the Court accept the proposed deadlines for expert witness disclosures.

## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

1) Additional written discovery;

2) Depositions of Plaintiffs and Defendants' FRCP 30(b)(6) witness(es) and relevant persons whose identities may be revealed through discovery;

3) Serving subpoenas;

4) Retaining and disclosing initial and rebuttal experts and completing expert depositions;

5) Inspection of the subject premises (if necessary); and

6) Any discovery contemplated under the Federal Rules of Civil Procedure. The parties aver, pursuant to Local Rule IA 6-1, that good cause exists for the requested

Defendants' counsel requires additional time because discovery could not be completed as originally scheduled, as counsel was engaged in the Nevada Special Session in November 2025, that was held in mid – November.

## [PROPOSED] NEW DISCOVERY DEADLINES

| | |
|---|---|
| Discovery Cut-off Date; | August 18, 2026 |
| Amending Pleadings and Adding Parties: | November 20, 2025 |
| Expert Disclosure Deadline: | June 20, 2026 |
| Rebuttal Expert Disclosure Deadline: | July 19, 2026 |
| Dispositive Motion Deadline: | September 15, 2026 |
| Proposed Joint Pre-Trial Orde: | October 17, 2026 |

///

///

///

For the reasons stated above, the parties respectfully request that this Honorable Court enter an order (1) extending the discovery deadlines by 180 days in accordance with the proposed schedule and (2) continuing the trial date.

DATED: January 13, 2026                              DATED: January 13, 2026

**HURWITZ LAW PLLC.**                                **JACKSON LEWIS P.C.**

*/s/ Noah Hurwitz Esq.*                              */s/ Paul T. Trimmer Esq.*
NOAH S. HURWITZ, ESQ.                                PAUL T. TRIMMER, ESQ.
MI Bar No. P74063                                    Nevada Bar No. 9291
340 Beakes St. Ste 125                               300 S. 4th Street, Ste. 900
Ann Arbor, MI 48104                                  Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                           *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/14/2026